IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Civil No. WMN-00-2424 |
| | : Criminal No. WMN-96-0458 |
| MARK M. COLES | : |
| | : |

### ORDER

Pursuant to the foregoing memorandum, and for the reasons stated therein, IT IS this 27th day of November, 2002, by the United States District Court for the District of Maryland, hereby ORDERED:

1. That Defendant Mark Coles' Amended Motion to Vacate under 28 U.S.C. § 2255, is DENIED; and

2. That the Clerk of the Court shall mail copies this order to Defendant Mark Coles and all counsel of record.

_____
William M. Nickerson
Senior United States District Judge